IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Paper of Brittany : 
Kosin for Representative in the : 
General Assembly from the 178th : 
Legislative District : 
  : No. 393 M.D. 2022
Objection of: Mary Roderick, John : 
Coppens, and Andrew Gannon : 


**PER CURIAM**             **O R D E R**


**NOW**, September 1, 2022, it is ordered that the above-captioned Memorandum Opinion, filed August 23, 2022, shall be designated OPINION and shall be REPORTED.